UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re:                                    )
                                          )
**BLAKE, SHERI L.**                       )   Bankruptcy Case No. 18-80351 TML
                                          )   Chapter 7
                                          )
Debtor(s).                                )

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 1, 2018, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

BLAKE, SHERI L.
10998 W. LORAN
PEARL CITY, IL 61062

MARK E. ZALESKI, ATTORNEY AT LAW
10 N GALENA AVENUE #220
FREEPORT, IL 61032
*(Via ECF Electronic Transmission)*

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

PYOD, LLC its successors and assigns as assignee
of Citibank, N.A.
Resurgent Capital Services,PO Box 19008
Greenville, SC 29602

PYOD, LLC its successors and assigns as
assignee of Synchrony Bank
Resurgent Capital Services,PO Box 19008
Greenville, SC 29602

/s/ Debbie M. Harris

STEPHEN G. BALSLEY, Trustee
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611
sbalsley@bslbv.com